# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oxholm, Maria L. | U. S. Bankruptcy Court, E.D. Michigan | 04/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

211 W. Fort Street
Suite 1800
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | William Booth Legal Aid Clinic |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Pension, Wayne County |
| 2. | 2019 | Employment, Wayne County Prosecutor's Office |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Western District of Michigan Federal Bar Association | 7/26/19 - 7/28/19 | Thompsonville, Michigan | Moderator on Bankruptcy Panel | Lodging, Mileage and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wayne State University | Tuition Agreements | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oxholm, Maria L.** | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dividend Reinvestment: | | | | | | | | | |
| 2. ABX | A | Dividend | J | T | | | | | |
| 3. BAX | A | Dividend | J | T | | | | | |
| 4. GE | A | Dividend | J | T | | | | | |
| 5. IBM | A | Dividend | J | T | | | | | |
| 6. BP (terminates 6/2020) | A | Dividend | J | T | | | | | |
| 7. Shire PLC ADS | | | | | Distributed | 01/08/19 | J | | |
| 8. Tekeda | A | Dividend | J | T | Spinoff (from line 7) | 01/08/19 | J | | |
| 9. | | | | | | | | | |
| 10. Prudential Guaranteed Income Fund Defined (Wayne Cnty-mlo) | B | Dividend | M | T | | | | | |
| 11. | | | | | | | | | |
| 12. SOM (mlo) | | | | | | | | | |
| 13. 457 Plan American Fund Euro Pacific | A | Dividend | M | T | | | | | |
| 14. 401K Plan:Black Rock Gov Short Term Fund | A | Dividend | N | T | | | | | |
| 15. | | | | | | | | | |
| 16. Voya Financial 457 Plan(Wayne Cnty Deferred mlo) Now Prudential GIF | | | | | | | | | |
| 17. Fixed Account 457/401 cash | B | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | JP Morgan Large Cap Growth Fund (now CIR Berg) | A | Interest | | | Merged (with line 17) | 08/01/19 | J | | |
| 19. | | | | | | | | | | |
| 20. | Voya Financial: pgb Now Prudential Guarateed Income Fund | | | | | | | | | |
| 21. | Fixed Account 457/401Deferred) | C | Dividend | M | T | | | | | |
| 22. | Mass Mutual Financial Grp: 457 FICA Alt.Ret.Plan (deferred inc pgb) | A | Int./Div. | K | T | | | | | |
| 23. | Mass Mutual Cash-stable value-SF guaranteed | A | Int./Div. | | | Merged (with line 22) | 08/01/19 | K | | |
| 24. | | | | | | | | | | |
| 25. | Columbia Select Interntnl. Equity Fund-Z (vjb) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | | |
| 27. | Ameritrade IRA: (mlo) | | | | | | | | | |
| 28. | ADM | A | Dividend | J | T | | | | | |
| 29. | GE | A | Dividend | J | T | | | | | |
| 30. | Wabtec Corp(GE spinoff) | A | Dividend | J | T | Spinoff (from line 29) | 02/26/19 | J | | |
| 31. | | | | | | | | | | |
| 32. | Public Service Credit Union:5 accounts | A | Interest | L | T | | | | | |
| 33. | Bank of America checking acct | | | J | W | | | | | |
| 34. | U of M Credit Union | | | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36. Morgan Stanley Roth IRA:(pgb inherited) | | | | | | | | | |
| 37. GE | A | Dividend | J | T | | | | | |
| 38. Wabtec | A | Dividend | J | T | Spinoff<br>(from line 37) | 02/28/19 | J | | |
| 39. LYG | A | Dividend | J | T | | | | | |
| 40. CWGIX | A | Dividend | K | T | | | | | |
| 41. AIVSX | A | Dividend | J | T | | | | | |
| 42. AMRMX | A | Dividend | J | T | | | | | |
| 43. | | | | | | | | | |
| 44. Morgan Stanley Account:(JNT) | | | | | | | | | |
| 45. cash account | A | Interest | J | W | | | | | |
| 46. CPB | A | Dividend | J | T | | | | | |
| 47. CNQ | A | Dividend | J | T | | | | | |
| 48. CTVA | A | Dividend | J | T | Buy | 11/21/19 | J | | |
| 49. DD | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 51. DOW | A | Dividend | J | T | Buy | 06/28/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GIS | A | Dividend | J | T | | | | | |
| 53. GT | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 54. HP | A | Dividend | J | T | Buy | 08/26/19 | J | | |
| 55. KO | A | Dividend | J | T | | | | | |
| 56. KHC | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 57. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 58. PG | A | Dividend | J | T | Sold (part) | 06/11/19 | J | A | |
| 59. | | | | | Sold (part) | 11/21/19 | J | A | |
| 60. SLB | A | Dividend | J | T | Buy (add'l) | 06/11/19 | J | | |
| 61. SU | A | Dividend | J | T | | | | | |
| 62. TECK | A | Dividend | | | Sold | 06/11/19 | J | A | |
| 63. CCJ | A | Dividend | J | T | | | | | |
| 64. QCOM | A | Dividend | | | Buy | 02/08/19 | J | | |
| 65. | | | | | Sold | 04/17/19 | J | C | |
| 66. T | A | Dividend | J | T | | | | | |
| 67. TRN | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 68. AIVSX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | CAIBX | A | Dividend | J | T | | | | | |
| 70. | CWGIX | A | Dividend | K | T | | | | | |
| 71. | AMRMX | B | Dividend | M | T | | | | | |
| 72. | FMITX | A | Dividend | J | T | | | | | |
| 73. | TESIX | A | Dividend | J | T | | | | | |
| 74. | Grand Rapids/Kent County Municipal Bond | | | J | T | | | | | |
| 75. | Kenoa Hills, Mi Mun Bond | A | Interest | K | T | | | | | |
| 76. | MS Bank Salt Lake City Utah CD | A | Interest | | | Redeemed | 05/03/19 | K | A | |
| 77. | First Rep Bank San Francisco CD (Matures 2019) | A | Interest | | | Redeemed | 02/22/19 | K | A | |
| 78. | Bank Hapoalim NY, NY CD (Matures 2019) | A | Interest | | | Redeemed | 03/18/19 | K | A | |
| 79. | Mountain One Bank North Adams MA CD (matures 2019) | A | Interest | | | Redeemed | 08/26/19 | J | A | |
| 80. | First Rep Bank San Francisco CD (Matures 2019) | A | Interest | | | Redeemed | 08/09/19 | K | A | |
| 81. | Beal Bank Tx CD (Matures 2019) | A | Interest | | | Redeemed | 04/10/19 | J | A | |
| 82. | Simmons Bank Ark CD (Matures 2019) | A | Interest | | | Redeemed | 07/15/19 | J | A | |
| 83. | US Bank NAT-Cinn. CD | A | Interest | | | Buy | 02/22/19 | J | | |
| 84. | | | | | | Redeemed | 11/27/19 | J | A | |
| 85. | Bank of Boroda, NY,NY CD | A | Interest | | | Buy | 03/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed | 12/23/19 | J | A | |
| 87. Level 1 Bank CD, Farm. MI | A | Interest | | | Buy | 03/18/19 | J | | |
| 88. | | | | | Redeemed | 06/28/19 | J | A | |
| 89. JP Morgan Chase CD | A | Interest | | | Buy | 03/18/19 | J | | |
| 90. | | | | | Redeemed | 09/30/19 | J | A | |
| 91. BNY Mellon CD | A | Interest | | | Buy | 04/10/19 | J | | |
| 92. | | | | | Redeemed | 10/15/19 | J | A | |
| 93. JP Morgan Chase CD | A | Interest | | | Buy | 05/03/19 | J | | |
| 94. | | | | | Redeemed | 11/18/19 | J | A | |
| 95. Bank of China-NY CD | | | J | T | Buy | 04/17/19 | J | | |
| 96. Old National Bank CD-Evansville | | | J | T | Buy | 05/03/19 | J | | |
| 97. UMPQUA Bank Oregon CD | | | K | T | Buy | 08/09/19 | K | | |
| 98. BMO Harris Bank CD-Chicago | | | J | U | Buy | 08/26/19 | J | | |
| 99. Zions Bank Corp CD-Salt Lake CIty | | | J | T | Buy | 10/01/19 | J | | |
| 100. Wells Fargo Bank CD-Sioux Falls | | | J | T | Buy | 10/16/19 | J | | |
| 101. Godman Sachs NY CD | | | J | T | Buy | 11/21/19 | J | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oxholm, Maria L.** | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Farmers New World Life Ins.(whole) | | None | J | U | | | | | |
| 104. | | | | | | | | | |
| 105.  Morgan Stanley: Cash Account (flb)(Y) | | | | | | | | | |
| 106. | | | | | | | | | |
| 107.  Ameriprise Account #1(JNT) | | | | | | | | | |
| 108.  cash account | A | Interest | J | W | | | | | |
| 109.  ABB | A | Dividend | J | T | | | | | |
| 110.  ADM | A | Dividend | K | T | | | | | |
| 111.  BP | A | Dividend | J | T | | | | | |
| 112.  CPB | A | Dividend | J | T | | | | | |
| 113.  EMR | A | Dividend | K | T | | | | | |
| 114.  FLR | A | Dividend | J | T | | | | | |
| 115.  XOM | A | Dividend | K | T | | | | | |
| 116.  GE | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 117.  Wabtec Carp | A | Dividend | J | T | Spinoff<br>(from line 116) | 02/28/19 | J | | |
| 118.  GIS | A | Dividend | J | T | | | J | | |
| 119.  GSK | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HP | A | Dividend | J | T | | | | | |
| 121. KO | A | Dividend | J | T | | | | | |
| 122. NSC | A | Dividend | | | Sold | 11/22/19 | K | D | |
| 123. SLB | A | Dividend | J | T | | | | | |
| 124. SNY | A | Dividend | J | T | | | | | |
| 125. TRP(now TCEnergy) | A | Dividend | J | T | | | | | |
| 126. VZ | A | Dividend | J | T | | | | | |
| 127. Capital One VA CD (Matures 3/5/19) | A | Interest | | | Redeemed | 03/05/19 | J | A | |
| 128. Hancock Whitney Bank-MS CD (Matures 6/5/19) | A | Interest | | | Redeemed | 06/05/19 | J | A | |
| 129. Citizens Bank CD | A | Interest | | | Buy | 06/05/19 | J | | |
| 130. | | | | | Redeemed | 12/12/19 | J | A | |
| 131. Open Bank CD | | | K | T | Buy | 12/23/19 | K | | |
| 132. UMPQUA CD Roseburg, Oregon | | | K | T | Buy | 10/29/19 | K | | |
| 133. Zion Bank Corp | | | K | T | Buy | 11/27/19 | K | | |
| 134. | | | | | | | | | |
| 135. Ameriprise Account #2 (cgb)(Y) | | | | | | | | | |
| 136. CLF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Ameriprise Roth IRA #1(cgb)(Y) | | | | | | | | | |
| 138. BAC | A | Dividend | J | T | | | | | |
| 139. NTR | A | Dividend | J | T | | | | | |
| 140. GE | A | Distribution | J | T | | | | | |
| 141. | | | | | | | | | |
| 142. Ameriprise Roth IRA #2(mlo) | | | | | | | | | |
| 143. ADM | A | Dividend | J | T | | | | | |
| 144. GE | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 145. Wabtec Corp | A | Dividend | | | Spinoff<br>(from line 144) | 02/26/19 | J | | |
| 146. | | | | | Sold | 08/16/19 | J | A | |
| 147. FLR | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 148. | | | | | | | | | |
| 149. Ameriprise Roth IRA#3:(pgb) | | | | | | | | | |
| 150. ABB | A | Dividend | J | T | | | | | |
| 151. ADM | A | Dividend | J | T | | | | | |
| 152. DWDP-(2019 co split to dow,dd, ctva) | A | Dividend | | | Distributed | 05/06/19 | J | | |
| 153. DOW | A | Dividend | J | T | Spinoff<br>(from line 152) | 05/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 155. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 156. DD | A | Dividend | J | T | Spinoff (from line 152) | 05/06/19 | J | | |
| 157. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 158. CTVA | A | Dividend | | | Spinoff (from line 152) | 05/06/19 | J | | |
| 159. | | | | | Sold | 08/07/19 | J | A | |
| 160. GE | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 161. Wabtec Corp | A | Dividend | | | Spinoff (from line 160) | 02/26/19 | J | | |
| 162. | | | | | Sold | 08/07/19 | J | A | |
| 163. GIS | A | Dividend | | | Sold | 02/25/19 | J | A | |
| 164. FLR | A | Dividend | J | T | Buy (add'l) | 08/16/19 | J | | |
| 165. HP | A | Dividend | J | T | | | | | |
| 166. KHC | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 167. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 168. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 169. RDS-A | A | Dividend | J | T | | | | | |
| 170. SLB | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. T | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. American Century Investments IRA:(pgb) | | | | | | | | | |
| 174. TWGGX | C | Distribution | K | T | | | | | |
| 175. BGEIX | A | Dividend | J | T | | | | | |
| 176. BEQGX | A | Distribution | J | T | | | | | |
| 177. | | | | | | | | | |
| 178. Morgan Stanley: (cgb)(Y) | | | | | | | | | |
| 179. American Century Investment Account #2 : TWGGX (cgb--Morgan Stan) | C | Dividend | K | T | | | | | |
| 180. American Funds: New Perspective Fund- ANWPX (Morg Stanley--cgb) | A | Dividend | J | T | | | | | |
| 181. American Funds: American Mutual Fund(AMRMX) (Morgan Stan--cgb) | A | Dividend | J | T | | | | | |
| 182. Cash Account | A | Interest | J | W | | | | | |
| 183. Branch B&T Co CD North Carolina | | | J | T | Buy | 11/01/19 | J | | |
| 184. Bank of North China NYC-CD | A | Interest | | | Buy | 04/10/19 | J | | |
| 185. | | | | | Redeemed | 10/28/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 04/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maria L. Oxholm**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544